IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN MONESTIME, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No. 4:08-cv-141-LSC-TMP |
| | ) | |
| U.S. ATTORNEY GENERAL, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| AUGUSTINE MONESTIME, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No. 4:09-cv-1083-KOB-TMP |
| | ) | |
| U.S. ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

On August 11, 2009, the magistrate judge filed his report and recommendation in the above-styled consolidated causes, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed by either party.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ

---

[1] The court notes that the petitioner's copy of the report and recommendation was returned to the court by the postal service, marked "Return to sender. Attempted - Not Known. Unable to forward." The court further notes that the envelope returned to the court indicates that the petitioner was released on July 6, 2009.

of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

Done this 24th day of August 2009.

                                                L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                                           153671